UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

ALEXIS RAMIREZ ROSADO

DEBTOR

CASE NO.: 22-01853-MCF

## NOTICE OF FILING AMENDED SCHEDULE C

**TO THE HONORABLE COURT:**

**COMES NOW,** Debtor, represented by the undersigned attorney and respectfully informs the filing of the following amendment:

**AMENDED SCHEDULE C – PROPERTY CLAIMED AS EXEMPT**

Debtor also informs that the purpose of the amendment is to: **AMEND EXEMPTIONS**

**WHEREFORE,** Debtor respectfully request that this Honorable Court take notice of the before stated.

**WE HEREBY CERTIFY:** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF Filing System which will send a notification, upon information and belief, of such filing to the followings: **CHAPTER 13 TRUSTEE AND THE UNITED STATES TRUSTEE**. We also hereby certify that this same date we have mailed by United States Postal Service the document to all creditors and parties in interest as per attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan Puerto Rico, this 10th day of November of 2022.

/S/Víctor C. Thomas Santiago
*USDC PR 209807*
127 De Diego Avenue,
Cond Vallecillo Apt. 1-A
San Juan, Puerto Rico 00911
Tel. (787) 722-5601
E-mail: vthomas@thomasmag.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | ALEXIS | RAMIREZ | ROSADO |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): 22-01853

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

    ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| CALLE 13 BLOQ 28 #17 URB SANTA ROSA Bayamon, PR 00959 Bayamon County<br>3 BEDROOMS 3 BATHROOMS CONCRETE STRUCTURE<br>Line from *Schedule A/B*: 1.1 | $140,000.00 | ■ $27,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| TV RADIO FURNITURE<br>Line from *Schedule A/B*: 6.1 | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| CLOTHES<br>Line from *Schedule A/B*: 11.1 | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| JEWELRY<br>Line from *Schedule A/B*: 12.1 | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |

| Debtor 1 | ALEXIS RAMIREZ ROSADO | | Case number (if known) | 22-01853 |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2021 TAX REFUND**<br>Line from *Schedule A/B*: **28.1** | $90.97 | ☒ $90.97<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   
   ☒ No
   
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   
       ☐ No
   
       ☐ Yes

**Fill in this information to identify your case:**

Debtor 1: ALEXIS RAMIREZ ROSADO
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): 
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): 22-01853

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ ALEXIS RAMIREZ ROSADO
**ALEXIS RAMIREZ ROSADO**
Signature of Debtor 1

Signature of Debtor

Date November 10, 2022       Date _____

Official Form 106Dec       Declaration About an Individual Debtor's Schedules

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 22-01853-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Tue Nov 8 14:57:07 AST 2022 | BANCO POPULAR DE PUERTO RICO<br>MORTGAGE COUNSELING AND BANKRUPTCY (762)<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| BANCO POPULAR DE PR<br>GPO BOX 2708<br>San Juan, PR 00936 | DEPARTAMENTO DE HACIENDA DE PR<br>BANKRUPTCY DEPARTMENT<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION 424B<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| PR TELEPHONE CO<br>PO BOX 70367<br>SAN JUAN, PR 00936-8367 | ALEXIS RAMIREZ ROSADO<br>CALLE 13 BLOQ 28 #17<br>URB SANTA ROSA<br>BAYAMON, PR 00959-6562 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | VICTOR THOMAS SANTIAGO<br>127 DE DIEGO AVE APT 1-A<br>SAN JUAN, PR 00911-1909 | End of Label Matrix<br>Mailable recipients 10<br>Bypassed recipients 0<br>Total 10 |