IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**ALEXIS RAMIREZ ROSADO**<br><br>**DEBTOR** | CASE NO.: 22-01853-MCF<br><br>CHAPTER 13 |

**NOTICE OF FILING AMENDED STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME**

**TO THE HONORABLE COURT:**

 **COME NOW,** Debtor, represented by the undersigned attorney and respectfully informs the filing of the following amendment:

> **Amended Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income.**

 **We hereby certify:** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which will send a notification, upon information and belief, of such filing to the followings:

**Chapter 13 Trustee and the United States Trustee**

We also hereby certify that this same date we have mailed by United States Postal Service the document to all creditors and parties in interest as per attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan Puerto Rico, this 10th day of November 2022.

/S/Victor C. Thomas Santiago
USDC PR 209807
127 De Diego Avenue,
Cond. Vallecillo Apt. 1-A
San Juan, Puerto Rico 00911
Tel. (787) 722-5601
E-mail: vthomas@thomasmag.com

**Fill in this information to identify your case:**

Debtor 1: ALEXIS RAMIREZ ROSADO

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Puerto Rico

Case number (if known): 22-01853

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☒ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☒ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

10/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1: Calculate Your Average Monthly Income

1. What is your marital and filing status? Check one only.

   ☒ Not married. Fill out Column A, lines 2-11.

   ☐ Married. Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | $ 0.00 | $ _____ |
| 3. Alimony and maintenance payments. Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ _____ |
| 4. All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 1,405.00 | $ _____ |
| 5. Net income from operating a business, profession, or farm<br>　Debtor 1<br>　Gross receipts (before all deductions)　$ 0.00<br>　Ordinary and necessary operating expenses　-$ 0.00<br>　Net monthly income from a business, profession, or farm　$ 0.00　Copy here -> | $ 0.00 | $ _____ |
| 6. Net income from rental and other real property<br>　Debtor 1<br>　Gross receipts (before all deductions)　$ 0.00<br>　Ordinary and necessary operating expenses　-$ 0.00<br>　Net monthly income from rental or other real property　$ 0.00　Copy here -> | $ 0.00 | $ _____ |

Official Form 122C-1　　Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period　　page 1

Debtor 1    ALEXIS RAMIREZ ROSADO      Case number (*if known*)   22-01853

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. Interest, dividends, and royalties | $ 0.00 | $ |
| 8. Unemployment compensation | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

     For you ................................................. $   0.00
     For your spouse ..................................... $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.     $ 0.00    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

     _____   $   0.00    $ _____
     _____   $   0.00    $ _____
     Total amounts from separate pages, if any.   + $   0.00    $ _____

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    $ 1,405.00   + $ _____   = $ 1,405.00   Total average monthly income

### Part 2: Determine How to Measure Your Deductions from Income

12. Copy your total average monthly income from line 11. .................................................................................................. $ 1,405.00

13. **Calculate the marital adjustment.** Check one:

    ☒ You are not married. Fill in 0 below.

    ☐ You are married and your spouse is filing with you. Fill in 0 below.

    ☐ You are married and your spouse is not filing with you.

    Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

    Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

    If this adjustment does not apply, enter 0 below.

         _____   $ _____
         _____   $ _____
         _____ + $ _____

         Total ...................................................... $ 0.00   Copy here=>   – 0.00

14. **Your current monthly income.** Subtract line 13 from line 12.      $ 1,405.00

15. **Calculate your current monthly income for the year.** Follow these steps:

    15a. Copy line 14 here=> ............................................................................................................... $ 1,405.00

Debtor 1 ALEXIS RAMIREZ ROSADO

Case number (if known) 22-01853

| | |
|---|---|
| Multiply line 15a by 12 (the number of months in a year). | x 12 |
| 15b. The result is your current monthly income for the year for this part of the form. | $ 16,860.00 |

16. Calculate the median family income that applies to you. Follow these steps:

16a. Fill in the state in which you live. __PR__

16b. Fill in the number of people in your household. __1__

16c. Fill in the median family income for your state and size of household. .................................... $ 26,146.00
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. How do the lines compare?

17a. ☒ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3)*. Go to Part 3. Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3)*. Go to Part 3 and fill out *Calculation of Your Disposable Income (Official Form 122C-2)*. On line 39 of that form, copy your current monthly income from line 14 above.

**Part 3: Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)**

18. Copy your total average monthly income from line 11. ........................................................................... $ 1,405.00

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a.         -$ 0.00

19b. Subtract line 19a from line 18.                                            $ 1,405.00

20. **Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b ........................................................................................................................... $ 1,405.00

Multiply by 12 (the number of months in a year).                              x 12

20b. The result is your current monthly income for the year for this part of the form       $ 16,860.00

20c. Copy the median family income for your state and size of household from line 16c ....... $ 26,146.00

21. How do the lines compare?

☒ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

**Part 4: Sign Below**

By signing here, under penalty of perjury, I declare that the information on this statement and in any attachments is true and correct.

X /s/ ALEXIS RAMIREZ ROSADO
ALEXIS RAMIREZ ROSADO
Signature of Debtor 1

Date November 10, 2022
    MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Official Form 122C-1    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period    page 3

Debtor 1   ALEXIS RAMIREZ ROSADO                               Case number *(if known)*   22-01853

Debtor 1  **ALEXIS RAMIREZ ROSADO**　　　　　　　　　　　　　Case number (*if known*)  **22-01853**

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **12/01/2021** to **05/31/2022**.

**Line 4 - Contributions to household expenses of the debtor or dependents**
Source of Income: **CONS PARTNER CONTRIBUTION**
Constant income of **$1,180.00** per month.

**Line 4 - Contributions to household expenses of the debtor or dependents**
Source of Income: **CUPONES**
Constant income of **$225.00** per month.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | ALEXIS | RAMIREZ | ROSADO |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | | |
| Case number (if known) | 22-01853 | | |

☐ Check if this is an amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ ALEXIS RAMIREZ ROSADO
ALEXIS RAMIREZ ROSADO
Signature of Debtor 1

Signature of Debtor

Date November 10, 2022

Date _____

Official Form 106Dec      Declaration About an Individual Debtor's Schedules

```
Label Matrix for local noticing       BANCO POPULAR DE PUERTO RICO              US Bankruptcy Court District of P.R.
0104-3                                 MORTGAGE COUNSELING AND BANKRUPTCY (762)   Jose V Toledo Fed Bldg & US Courthouse
Case 22-01853-MCF13                    PO BOX 362708                              300 Recinto Sur Street, Room 109
District of Puerto Rico                SAN JUAN, PR 00936-2708                    San Juan, PR 00901-1964
Old San Juan
Tue Nov  8 14:57:07 AST 2022

BANCO POPULAR DE PR                    DEPARTAMENTO DE HACIENDA DE PR             DEPARTMENT OF TREASURY
GPO BOX 2708                           BANKRUPTCY DEPARTMENT                      BANKRUPTCY SECTION 424B
San Juan, PR 00936                     PO BOX 9024140                             PO BOX 9024140
                                       SAN JUAN, PR 00902-4140                    SAN JUAN, PR 00902-4140


PR TELEPHONE CO                        ALEXIS RAMIREZ ROSADO                      JOSE RAMON CARRION MORALES
PO BOX 70367                           CALLE 13 BLOQ 28 #17                       PO BOX 9023884
SAN JUAN, PR 00936-8367                URB SANTA ROSA                             SAN JUAN, PR 00902-3884
                                       BAYAMON, PR 00959-6562



MONSITA LECAROZ ARRIBAS                VICTOR THOMAS SANTIAGO                     End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)         127 DE DIEGO AVE APT 1-A                   Mailable recipients    10
OCHOA BUILDING                         SAN JUAN, PR 00911-1909                    Bypassed recipients     0
500 TANCA STREET  SUITE 301                                                       Total                  10
SAN JUAN, PR 00901
```