# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **CASE NO.: 22-01853-MCF** |
| **ALEXIS ROSADO RAMIREZ** | **CHAPTER.:13** |
| **DEBTOR** | |

## MOTION TO SUBMIT AMENDED FORM 2030 DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

**TO THE HONORABLE COURT:**

**COMES NOW,** Debtor, represented by the undersigned attorney and respectfully informs that today we have filed the following document:

**FORM 2030 DISCLOSURE OF**
**COMPENSATION OF ATTORNEY FOR DEBTOR**

**WHEREFORE,** Debtor respectfully request that this Honorable Court take notice of the before stated.

**We HEREBY CERTIFY:** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF Filing System which will send a notification, upon information and belief, of such filing to the followings:

**Chapter 13 Trustee and the United States Trustee**

We also hereby certify that this same date we have mailed by United States Postal Service the document to all creditors and parties in interest as per attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan Puerto Rico, this 10th day of November 2022.

/S/Víctor C. Thomas Santiago
**Thomas & Magriñá Law Offices**
*USDC PR 209807*
127 De Diego Avenue,
Cond. Vallecillo Apt. 1-A
San Juan, Puerto Rico 00911
Tel. (787) 722-5601
Email: *vthomas@thomasmag.com*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re  ALEXIS RAMIREZ ROSADO
Debtor(s)

Case No. 22-01853
Chapter 13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .......................................................... $ 3,662.00
   Prior to the filing of this statement I have received ............................................. $ 3,662.00
   Balance Due ....................................................................................................... $ 0.00

2. The source of the compensation paid to me was:
   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:
   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service: Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

November 10, 2022
*Date*

/s/ Victor Thomas Santiago USDC PR 209807
Victor Thomas Santiago USDC PR 209807
*Signature of Attorney*
Lcdo. Victor Thomas Santiago
Condominio Vallecillo
Ave De Diego 127 Apt 1-A
San Juan, PR 00911
787-722-5601  Fax: 787-724-6366
vthomas@thomasmag.com
*Name of law firm*