UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>ALEXIS RAMIREZ ROSADO<br><br>DEBTOR (S) | CASE NO. 22-01853-MCF<br><br>CHAPTER 13 |

Trustee's Position
Regarding DEBTORS MOTION REQUESTING RECONSIDERATION OF DISMISSAL ORDER


TO THE HONORABLE COURT:

   NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

   1. The Trustee has no opposition to:
DEBTORS MOTION REQUESTING RECONSIDERATION OF DISMISSAL ORDER.(Docket # 34 ).


   WHEREFORE the Trustee respectfully requests this Honorable Court to take notice of the abovementioned and enter the order it deems appropriate.


   CERTIFICATE OF SERVICE:  The Chapter 13 Trustee herewith certified that a copy of    this motion has been served on this same date, to their respective address    of record to:  Debtor(s), to their counsel and to all those parties in interest who  have filed a notice of appearance by First Class Mail if not an ECFS register user.

   In San Juan, Puerto Rico this Monday, November 14, 2022.


/s/ Nannette Godreau -Staff Attorney
JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Sta.
San Juan, P.R. 00902-3884
Tel (787)977-3535  FAX (787)977-3550